# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

160949 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAFFAR MOUSTAK TAWFIK, a/k/a JAFFAR
MOUSHTAK TAWFIK,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160949
COA: 345690
Wayne CC: 18-001671-FC

On order of the Court, the motion to expand the record is GRANTED for the limited purpose of providing an offer of proof in support of the defendant's request for an evidentiary hearing. The application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing on the defendant's ineffective assistance of trial counsel claim. See *People v Ginther*, 390 Mich 436 (1973), and *People v Ackley*, 497 Mich 381 (2015).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk

s0916